UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYKAYLA FAGNANI,<br><br>                              Plaintiff,<br><br>              -against-<br><br>SNACK HOUSE FOODS, LLC,<br><br>                              Defendant. | 24-cv-919 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties are scheduled to appear for an initial pretrial conference next week. Dkt. 6. By Court order, the parties were supposed to submit a letter and proposed case-management plan yesterday. *Id.* The parties failed to do so. And Defendant has not even appeared, despite the fact that the certificate of service was filed more than two months ago.

By April 26, 2024, at 5:00 p.m., Plaintiff shall submit a letter describing (1) any contact with the Defendant, (2) whether Plaintiff intends to file for default judgment, and (3) any other update related to this case.

SO ORDERED.

Dated: April 26, 2024
       New York, New York

                                                                ARUN SUBRAMANIAN
                                                                United States District Judge