UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYKAYLA FAGNANI,<br><br>         Plaintiff,<br><br>   -against-<br><br>SNACK HOUSE FOODS, LLC,<br><br>         Defendant. | 24-cv-919 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are scheduled to appear for an initial pretrial conference in two days. Dkt. 6. They have failed to file the required letter and case-management plan. *Id.* Indeed, Defendant has not yet appeared. Plaintiff has also ignored the Court's order requiring an update on the status of this case and an explanation for this case's inactivity and the parties' failure to submit the required materials. Dkt. 8.

  Having not heard from the parties, the May 2 conference is CANCELED. By **May 6, 2024**, Plaintiff shall respond to the Court's April 26 order or **this case will be dismissed for failure to prosecute and failure to follow court orders without further notice.**

  SO ORDERED.

Dated: April 30, 2024
   New York, New York

                             _____
                              ARUN SUBRAMANIAN
                             United States District Judge